AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 19, 2024**

SEAN F. McAVOY, CLERK

GLACIO INC.,

*Plaintiff*

v.

DONGGUAN SUTUO INDUSTRIAL CO. LTD.,

*Defendant*

Civil Action No. 2:22-CV-00029-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff Glacio, Inc.'s Second Motion for Default Judgment, ECF No. 36, is GRANTED. Default Judgment is entered in favor of Plaintiff Glacio, Inc.; The Court FINDS AND DECLARES that Defendant Dongguan Sutuo Industrial Ltd. Co.'s Design Patent Nos. D918,970 and D931,914, are invalid pursuant to 35 U.S.C. § 102(a)(1); The Court FURTHER FINDS AND DECLARES that Plaintiff Glacio, Inc.'s Combo Mold and Four Sphere Mold products do not infringe Defendant Dongguan Sutuo Industrial Co. Ltd.'s Design Patent Nos. D918,970 or D931,914; Judgment is awarded to Plaintiff Glacio, Inc. against Defendant Dongguan Sutuo Industrial Co. Ltd. in the amount of $222,637.04; Attorneys' fees are awarded to Plaintiff Glacio, Inc. against Defendant Dongguan Sutuo Industrial Co. Ltd. in the amount of $19,893.00, plus $402.00 in costs, for a total of $20,295.00 in fees and costs. Judgment against Defendant Dongguan Sutuo Industrial Co. Ltd. accordingly, noting the applicable post-judgment statutory interest rate, 28 U.S.C. § 1961.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MARY K. DIMKE  on a motion for default judgment.

Date: 4/19/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore